UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: ANDERSON, JAKOB § Case No. 12-21710
ANDERSON, CAROL §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 15, 2012. The undersigned trustee was appointed on October 15, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $   10,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 959.00 |
| Bank service fees | 23.36 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 9,017.64 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/07/2013 and the deadline for filing governmental claims was 04/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $791.03, for total expenses of $791.03.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/12/2013      By: /s/David A. Rosenberg, Trustee
                         Trustee, Bar No.: 10738

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-21710  
**Case Name:** ANDERSON, JAKOB  
ANDERSON, CAROL  
**Period Ending:** 12/12/13

**Trustee:** (480023) David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 10/15/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 03/07/13

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 8129 Aurora Mist St., Las Veg<br>    Order authorizing employment of real estate agent for estate entered 3/8/2013 [Doc 25]<br>Motion to sell filed 5/7/2013 [Doc 29]<br>Opposition filed 5/15/2013 [Doc 35]<br>Withdrawal filed 6/19/2013 [Doc 36]<br>New motion to sell filed 8/26/2013 [Doc 41]<br>Opposition filed 9/6/2013 [Doc 48] | 120,500.00 | 0.00 | | 10,000.00 | FA |
| 2 | Chase Checking Account Ending 6421<br>    No value to estate | 600.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America Checking Account Ending 3074<br>    No value to estate | 1.00 | 0.25 | | 0.00 | FA |
| 4 | Household Goods<br>    No value to estate | 3,200.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel<br>    No value to estate | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Various Jewelry<br>    No value to estate | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | 401K through Milliman Benefits<br>    No value to estate | 10,994.47 | 0.00 | | 0.00 | FA |
| 8 | Court Ordered Child Support through State of Nev<br>    No value to estate | 2,400.00 | 0.00 | | 0.00 | FA |
| 9 | 2012 Tax Refund<br>    No value to estate | 2,000.12 | 1,150.12 | | 0.00 | FA |
| 10 | 2012 EIC<br>    No value to estate | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 2011 Audi Q5 Approx. 20,000 miles<br>    No value to estate | 30,981.00 | 0.00 | | 0.00 | FA |
| 12 | 2008 Honda CBR600 Approx. 14,000 miles<br>    No value to estate | 6,600.00 | 0.00 | | 0.00 | FA |
| **12** | **Assets    Totals** (Excluding unknown values) | **$179,576.59** | **$1,150.37** | | **$10,000.00** | **$0.00** |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-21710  
**Case Name:** ANDERSON, JAKOB  
ANDERSON, CAROL  
**Period Ending:** 12/12/13  

**Trustee:** (480023)  David A. Rosenberg, Trustee  
**Filed (f) or Converted (c):** 10/15/12 (f)  
**§341(a) Meeting Date:** 11/16/12  
**Claims Bar Date:** 03/07/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    Approval of TFR by USTO

**Initial Projected Date Of Final Report (TFR):**   November 16, 2014    **Current Projected Date Of Final Report (TFR):**   December 12, 2013  (Actual)

Printed: 12/12/2013 02:21 PM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-21710 | | Trustee: | David A. Rosenberg, Trustee (480023) |
|---|---|---|---|---|
| Case Name: | ANDERSON, JAKOB | | Bank Name: | Rabobank, N.A. |
| | ANDERSON, CAROL | | Account: | ****787666 - Checking Account |
| Taxpayer ID #: | **-***9196 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/12/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/18/13 | {1} | Wishing Well Property Investments LLC | Proceeds from sale of real property subject to any and all liens | 1110-000 | 10,000.00 | | 10,000.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 11/20/13 | 101 | David A. Rosenberg, Trustee | Claim allowed per Court Order entered October 15, 2013 [Doc 49] Voided on 12/06/13 | 2100-000 | | 5,000.00 | 4,990.00 |
| 11/21/13 | 102 | BOB DIAMOND | Claim allowed per Court Order entered October 15, 2013 [Doc 49] 8129 Aurora Mist | 3520-000 | | 959.00 | 4,031.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.36 | 4,017.64 |
| 12/06/13 | 101 | David A. Rosenberg, Trustee | Claim allowed per Court Order entered October 15, 2013 [Doc 49] Voided: check issued on 11/20/13 | 2100-000 | | -5,000.00 | 9,017.64 |
| | | | ACCOUNT TOTALS | | 10,000.00 | 982.36 | $9,017.64 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 10,000.00 | 982.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,000.00 | $982.36 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****787666 | 10,000.00 | 982.36 | 9,017.64 |
| | $10,000.00 | $982.36 | $9,017.64 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 7, 2013

**Case Number:** 12-21710  
**Debtor Name:** ANDERSON, JAKOB

Page: 1

**Date:** December 12, 2013  
**Time:** 02:22:02 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $1,750.00 | $0.00 | 1,750.00 |
| 200 | David A. Rosenberg, Trustee<br>5030 Paradise Rd. STE 215B<br>Las Vegas, NV 89119 | Admin Ch. 7 | | $791.03 | $0.00 | 791.03 |
| BD 200 | BOB DIAMOND<br>2298 W. HORIZON RIDGE PKWY, SUITE 114<br>HENDERSON, NV 89052 | Admin Ch. 7 | Claim allowed per Court Order entered October 15, 2013 [Doc 49] 8129 Aurora Mist | $959.00 | $959.00 | 0.00 |
| 2 100 | CAMCO<br>P.O. BOX 12117<br>LAS VEGAS, NV 89112-2117 | Secured | Secured claim not entitled to any dividend pursuant to the distribution provisions of the Bankruptcy Code, Section 726(a) | $0.00 | $0.00 | 0.00 |
| 1 610 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $2,780.55 | $0.00 | 2,780.55 |
| 3 610 | RC WILLEY HOME FURNISHINGS<br>ACCT NO XXXXXX1344<br>ATTN: BANKRUPTCY,PO BOX 65320<br>SALT LAKE CITY, UT 84165 | Unsecured | | $1,900.00 | $0.00 | 1,900.00 |
| 4 610 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 | Unsecured | | $8,670.17 | $0.00 | 8,670.17 |
| 5 610 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $292.65 | $0.00 | 292.65 |
| 6 610 | PALISADES COLLECTIONS, LLC<br>VATIV RECOVERY SOLUTIONS LLC,AS AGENT<br>FOR PALISADES COLLECTIONS, LLC,PO BOX 40<br>HOUSTON, TX 77240 | Unsecured | | $71.50 | $0.00 | 71.50 |
| 7 610 | CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131 | Unsecured | | $790.77 | $0.00 | 790.77 |
| 8 610 | CAPITAL ONE, N.A.<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $865.88 | $0.00 | 865.88 |
| 9 610 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | | $795.48 | $0.00 | 795.48 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 7, 2013

**Case Number:** 12-21710  
**Debtor Name:** ANDERSON, JAKOB

Page: 2

**Date:** December 12, 2013  
**Time:** 02:22:02 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 10 610 | PORTFOLIO INVESTMENTS II LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 S.E. 2ND AVENUE, SUITE 1120<br>MIAMI, FL 33131-1605 | Unsecured | | $2,032.82 | $0.00 | 2,032.82 |
| << Totals >> | | | | 21,699.85 | 959.00 | 20,740.85 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-21710
Case Name: ANDERSON, JAKOB
Trustee Name: David A. Rosenberg, Trustee

**Balance on hand:** $ 9,017.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | CAMCO | 80.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,017.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Rosenberg, Trustee | 1,750.00 | 0.00 | 1,750.00 |
| Trustee, Expenses - David A. Rosenberg, Trustee | 791.03 | 0.00 | 791.03 |
| Other Expenses: BOB DIAMOND | 959.00 | 959.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 2,541.03
Remaining balance: $ 6,476.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,476.61

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|   | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 6,476.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,199.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | 2,780.55 | 0.00 | 989.50 |
| 3 | RC WILLEY HOME FURNISHINGS | 1,900.00 | 0.00 | 676.14 |
| 4 | FIA CARD SERVICES, N.A. | 8,670.17 | 0.00 | 3,085.38 |
| 5 | CAPITAL ONE NA | 292.65 | 0.00 | 104.14 |
| 6 | PALISADES COLLECTIONS, LLC | 71.50 | 0.00 | 25.44 |
| 7 | CAPITAL RECOVERY V, LLC | 790.77 | 0.00 | 281.40 |
| 8 | CAPITAL ONE, N.A. | 865.88 | 0.00 | 308.13 |
| 9 | AMERICAN EXPRESS CENTURION BANK | 795.48 | 0.00 | 283.08 |
| 10 | PORTFOLIO INVESTMENTS II LLC | 2,032.82 | 0.00 | 723.40 |

|   | Total to be paid for timely general unsecured claims: | $ | 6,476.61 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**